IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| ANGELA BOWMAN, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | 5:07 CV 039 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) | |
| Defendant | ) ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant's motion for admission *pro hac vice (#7)* of Robert M. Wood of the law firm of Jackson Lewis LLP, One Liberty Square, 55 Beattie Place, Suite 800, Greenville, SC 29601, to appear as counsel for the defendant in this matter filed on April 30, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Robert M. Wood is hereby granted special admission to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: May 3, 2007

Dennis L. Howell
United States Magistrate Judge